## QUALCOMM INCORPORATED, Plaintiff–Appellee,

v.

## MAXIM INTEGRATED PRODUCTS, INC., Defendant–Appellant.

No. 05–1208.

United States Court of Appeals, Federal Circuit.

Nov. 4, 2005.

Chad S. Campbell, Perkins Coie Brown & Bain, P.A., Phoenix, AZ, for Appellant.

James R. Batchelder, Day Casebeer Madrid Batchelder LLP, Cupertino, CA, for Appellee.

### ORDER

The Court has considered the unopposed motion to dismiss the appeal as moot. Good cause appearing, the motion is GRANTED. This appeal is dismissed as moot, each party to bear its own costs and attorney's fees.

SO ORDERED.

## OMEGA ENGINEERING, INC., Plaintiff–Appellee,

v.

## RAYTEK CORPORATION, Cole–Parmer Instrument Company, Davis Instrument Manufacturing Company, Inc. (now known as Davis Inotek Instruments LLC), and Dwyer Instruments, Inc., Defendants–Appellants.

No. 05–1122.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).